# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **MAURICE NAVARRO BROOKS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.: 1:14-cv-01478-CLS-JHE** |
| | ) | |
| **WARDEN JOHN T. RATHMAN,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## MEMORANDUM OPINION

On June 12, 2017, the magistrate judge entered a Report and Recommendation, (doc. 24), recommending that this petition for writ of *habeas corpus* be dismissed. No objections have been filed.

The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved. Accordingly, the court adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The petition for writ of *habeas corpus* is due to be DISMISSED.

This Court may issue a certificate of appealability "only if the applicant has a made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make such a showing, a "petitioner must demonstrate that reasonable

jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), or that "the issues presented were adequate to deserve encouragement to proceed further," *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (internal quotations omitted). This Court finds Petitioner's claims do not satisfy either standard.

A final order consistent with this memorandum opinion will be entered.

DONE this 28th day of August, 2017.

_____
United States District Judge